1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )        CASE NO.      CR 05-260
                                         )
        v.                               )
                                         )
MATTHEW ALEX ERICKSON                    )        DETENTION ORDER
                                         )
                    Defendant.           )
_____)

Offenses charged:       Count I, Conspiracy to Distribute Cocaine Base in violation of
                        Title 21 U.S.C., Sections 841 (a) (1), 841(b)(1)(A) and 846.
                        Count II,  Conspiracy to Commit Kidnapping and Other Offenses,
                        in violation of Title 18 U.S.C., Section 371,
                        Count III,  Kidnapping in violation of Title 18 U.S.C ., Sections
                        1201(a)(1) and 2,
                        Count IV,     Interstate  Transportation  in  Furtherance  of
                            Prostitution,
                         in violation of Title 18 U.S.C., Sections 2422(a) and 2,
                        Count V,  Interstate Travel in Aid of Racketeering, in violation of
                        Title 18, U.S.C., Sections 1952(a)(2) and 2,
                        Count VI, Interstate Transportation of a Stolen Vehicle in violation
                        of Title 18, U.S.C., Sections 2312 and 2.

Date of Detention Hearing: September 9, 2005.

        The court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. §

3142(f), and based upon the factual findings and statement of reasons for detention hereafter set

DETENTION ORDER
PAGE -1-

forth, finds that no condition or combination of conditions, which the defendant can meet, will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

Under Title 18 § 3142 (g), the court has considered:

(1)     The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.

(2)     The weight of the evidence against the person.

(3)     The history and characteristics of the person, including-
(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings.
(B) Whether, at the time of the current offense or arrest, the person was on probation, on parole,  on other release pending trial, sentencing, appeal, or completion of sentence of an offense under Federal, State, or local law.

(4)     The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In the instant case, the defendant stipulated to his detention.  Pre-trial Services Report reflected numerous convictions and the important fact that the defendant is serving a sentence at this present. Time.  Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

It is therefore ORDERED:

(l)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2-

counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of September, 2005.

Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -4-