**JUDGE LASNIK**
**MAGISTRATE JUDGE BENTON**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DANIEL AMBAW, et al.<br><br>　　　　　Defendants. | **CASE NO. CR 05-260 L**<br><br>DEFENDANT ERICKSON'S MOTION FOR ORDER SETTING CONDITIONS OF RELEASE<br><br>NOTE FOR: October 24, 2005<br><br>EVIDENTIARY HEARING REQUESTED |

Defendant MATTHEW ERICKSON by and through his undersigned counsel, moves this court for an order directing his pre-trial release under pre-trial supervision conditions and into the custody of defendant's step grandmother, Janet Davis who has agreed to help supervise the defendant while he lives at her and her husband's (Ralph Davis, defendant's maternal grandfather) home. Defendant has been interviewed by PTS, and although we have requested a recommendation, we are presently unaware of the position taken by the assigned PTSO, Kelly Neumeister. While under PTS supervision, drug conditions, mental health/drug treatment counseling and school/work/training should be required and as deemed appropriate by the PTSO.

DEFENDANT ERICKSON'S MOTION FOR
ORDER SETTING CONDITIONS OF RELEASE
-1

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)

1     The defendant was ordered detained at his initial appearance September 9.  His trial
2 is set for March 6, 2006. At the initial appearance defense counsel specifically noted that in
3 light of what AUSA Greenberg had reported–that the defendant had been brought by writ from
4 state DOC custody–we did not then oppose the detention order the government sought.  The
5 court's detention order, in fact notes an "uncontested detention hearing" was held. Indeed, the
6 court's order emphasized the " important fact that defendant is serving a sentence at the
7 present time".  Subsequently undersigned counsel confirmed with the US Marshals Service
8 (attn Cheryl Strong)  that the defendant is "not going to be returned to Shelton" and that the only
9 DOC interest has is for follow up community supervision.  Defendant served 4 months at
10 Shelton. It is reported that community placement with Mr. and Ms. Davis has the approval of
11 DOC.  Consequently we believe that it is an appropriate living situation for this 19 year old,
12 given he previously lived with these grandparents as a juvenile.
13     We ask for a further and expeditious review of the defendant's detention status.  Under
14 18 U.S.C. sec. 3142(f) the detention hearing may be reopened when, as here, new
15 information is sought to be presented that would have a material bearing on the questions of
16 defendant's flight risk and safety.  Moreover, a prompt resolution of our pending request would
17 be in keeping with the spirit of the Act.  <u>See</u>. <u>e.g.</u>  sec. 3142 (favoring release to detention);
18 3142(f) (requiring detention hearing to be held "immediately upon the person's first
19 appearance") ; and 3145 (b)(motion to review detention order "shall be determined promptly"
20 by the district court).
21     DATED this ___ day of October, 2005.
22     Respectfully submitted,
23     /s/
    _____
24     Kenneth E. Kanev
    Attorney for Defendant MATTHEW ERICKSON
25
26

DEFENDANT ERICKSON'S MOTION FOR
ORDER SETTING CONDITIONS OF RELEASE
-2

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE,  SUITE  2120
SEATTLE, WASHINGTON   98154-1109
206-223-1355(V) 206-583-2278(F)

## CERTIFICATE OF SERVICE

I certify that on October 17, 2005 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of all other parties of record.

s/ KENNETH E. KANEV

KENNETH E. KANEV

Attorney for defendant MATTHEW ERICKSON

1001 4TH Avenue # 2120

Seattle WA 98154

Phone:      206-223-1355

Fax:           206-583-2278

E-mail:      kanevlaw@speakeasy.net

DEFENDANT ERICKSON'S MOTION FOR
ORDER SETTING CONDITIONS OF RELEASE
-3

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON  98154-1109
206-223-1355(V) 206-583-2278(F)