**JUDGE LASNIK**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>DANIEL AMBAW, et al.<br><br>                      Defendants. | **CASE NO. CR 05-260 L**<br><br>DEFENDANT ERICKSON'S REQUEST FOR TIMELY RULING ON RELEASE MOTION |

    Defendant by and through his undersigned counsel, requests that his Motion for Order Setting Conditions of Release filed on October 17 be promptly set for hearing and/or be ruled upon. USPO Kelly Hunt Neumeister has indicated that the issue remains under consideration by her office even though the defendant was interviewed by PTS on October 13.

    At least the spirit of the Speedy Trial Act suggests a prompt determination of a detention order that was initially entered without defense objection. Under 18 U.S.C. sec. 3142(f) the detention hearing may be reopened when, as here, new information is sought to be presented that would have a material bearing on the questions of defendant's flight risk and safety. Moreover, a prompt resolution of our pending request would be in keeping with the spirit of the Act. See. e.g. sec. 3142 (favoring release to detention); 3142(f) (requiring detention hearing to be held "immediately upon the person's first appearance") ; and 3145 (b)(motion to review detention order "shall be determined promptly" by the district court).

DEFENDANT ERICKSON'S REQUEST FOR
TIMELY RULING ON RELEASE MOTION -1

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)

1 DATED this 2nd day of November, 2005.

2 Respectfully submitted,

3 /s/

4 Kenneth E. Kanev
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on November 2, 2005 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of all other parties of record.

s/ KENNETH E. KANEV

KENNETH E. KANEV

Attorney for defendant MATTHEW ERICKSON

1001 4TH Avenue # 2120

Seattle WA 98154

Phone: 206-223-1355

Fax: 206-583-2278

E-mail: kanevlaw@speakeasy.net

DEFENDANT ERICKSON'S REQUEST FOR
TIMELY RULING ON RELEASE MOTION -2

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)