UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW ALEX ERICKSON,<br><br>　　　　　Defendant. | NO. CR05-260L<br><br>ORDER OF REFERENCE |

The Court hereby refers to United States Magistrate Judge Monica J. Benton, "Defendant's Motion for Order Setting Conditions of Release," docket #55 and "Defendant Erickson's Request for Timely Ruling on Release of Motion," docket #60, pending before this Court.

DATED this 3rd day of November, 2005.

　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REFERENCE-1