FILED
LODGED
NOV 8 2005
CLERK U.S....
WESTERN DISTRICT...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. CR05-260RSL |
| v. | ) | ORDER CONTINUING DETENTION SUPERSEDING INDICTMENT |
| MATTHEW ALEX ERICKSON, | ) | |
| Defendant. | ) | |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 8th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

05-CR-00260-ORD

Order Continuing Detention
Superseding Indictment - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970