Chief Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MATTHEW ALEX ERICKSON <br> Defendant. | NO. CR05-260L <br><br> ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having conducted a hearing pursuant to Fed. R. Crim. P. 11, and having considered the Plea Agreement, hereby accepts the plea of guilty of the defendant to the charge contained in the Superseding Indictment, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 16th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

05-CR-00260-JGM

RULE 11 PLEA/ERICKSON