1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7 UNITED STATES OF AMERICA,

8                                    Plaintiff(s),

9                vs.

10 MATTHEW ERICKSON,

11                                    Defendant(s).

No. CR05-260L

MINUTE ORDER

12        The following Minute Order is made and entered on the docket at the direction of the

13 HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

14        The imposition of sentence for the above named defendant has been continued from Friday, April

15 7, 2006 to **Thursday, April 20, 2006 at 9:30 a.m.** before the Honorable Robert S. Lasnik, United States

16 District Court Judge.

17

18

19

20        DATED this 2nd day of February, 2006.

21

22                                        /s/Kerry Lane
                                          by Kerry Lane, Deputy Clerk
23                                        To Robert S.  Lasnik, Judge
                                          206-370-8519
24 Copy to the Court
and Counsel

25

26 MINUTE ORDER