1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

     v

MATTHEW ERICKSON,

           Defendant.

NO.  CR05-260L

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      The imposition of sentence for the above named defendant has been rescheduled from Thursday,

April 20, 2006 to **Friday, June 23, 2006 at 10:00 a.m.** in courtroom 15106 before the Honorable

Robert S. Lasnik, United States District Court Judge.

      DATED this 13th day of April, 2006.

s/ Consuelo Ledesma *for*
Kerry Simonds, Deputy Clerk
To Robert S.  Lasnik, Judge
206-370-8519

MINUTE ORDER