UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                         Plaintiff(s),

       vs.

MATTHEW ERICKSON,

                    Defendant(s).

No. CR05-260L

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      The imposition of sentence for the above named defendant has been rescheduled from Friday,

June 23, 2006 to **Monday, June 19, 2006 at 9:00 a.m.** before the Honorable Robert S. Lasnik, United

States District Court Judge.

      DATED this 26th day of May, 2006.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER