PROB 12D
(09/08)



05-CR-00260-ORD

# United States District Court

for

## Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Matthew Alex Erickson     **Case Number:** CR05-00260RSL-003

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 06/19/06     **Date of Report:** 9/8/08

**Original Offense:** Conspiracy to Distribute Cocaine Base

**Original Sentence:** 30 months custody, five years supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 12/11/07

**Special Conditions Imposed:**

☒ **Substance Abuse**     ☒ **Financial Disclosure**     ☐ Restitution

☒ **Mental Health**     ☐ Fine     ☐ Community Service

☒ **Other: search; reside at residential reentry center for 90 days**

## NONCOMPLIANCE SUMMARY

The probation officer believes that Matthew Alex Erickson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Using Marijuana on or before September 1, 2008, in violation of standard condition 7. |

This is the 1st positive test result since:
Placement under supervision

The probation officer has reviewed the matter and taken the following action:

☒ Placement in structured testing program     ☒ Increased frequency of testing
☒ Reprimand by probation officer     ☐ Compliance conference with unit supervisor

☐ Referral for professional assessment     ☒ Referral for counseling
☐ Referral to community based residential program     ☐ Referral for intensive outpatient treatment

It is recommended that no action be taken by the court at this time. The offender's substance abuse, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

The Honorable Robert S. Lasnik  
Report on Offender  
Under Supervision

Page 2

RE: Matthew Alex Erickson

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this _8th_ day of _September_, 2008.

_Jennifer J. Tien_  
Senior U.S. Probation Officer

APPROVED:  
William S. Corn  
Chief U. S. Probation Officer

BY: _[signature]_  
Christopher S. Luscher  
Supervising U.S. Probation Officer

9/8/08  
JJT/lh

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Concur with probation officer action  
☐ Submit a Request for Modifying the Condition or Term of Supervision  
☐ Submit a Request for Warrant or Summons  
☐ Other

_MJS Lasnik_  
Signature of Judicial Officer

_Sept. 9, 2008_  
Date