PROB 12B
(03/09)

# United States District Court

for

## Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Matthew Alex Erickson   **Case Number:** CR05-00260-RSL-003

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 06/19/06   **Date of Report:** 04/01/09

**Original Offense:** Conspiracy to Distribute Cocaine Base

**Original Sentence:** 30 months custody; five years supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 12/11/07

**Special Conditions Imposed:**

☒ **Substance Abuse**   ☒ **Financial Disclosure**   ☐ Restitution

☒ **Mental Health**   ☐ Fine   ☐ Community Service

☐ Sex Offense

☒ **Other: Search; RRC for 90 days**

## PETITIONING THE COURT

☐ To extend the term of supervision

☒ To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program with electronic monitoring, which may include global positioning system (GPS), as directed by the probation officer for a period of 90 days. The defendant shall pay the cost of the program.



**05-CR-00260-LTR**

The Honorable Robert S. Lasnik  Page 2
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

RE: Matthew Alex Erickson

## CAUSE

Mr. Erickson began his term of supervision on December 11, 2007. He was initially doing well and was sharing an apartment with a friend. He has maintained employment with the 45th Street Clinic doing outreach work, and is currently acting as the head outreach worker.

In March 2008, Mr. Erickson secured a room at the YMCA in Seattle. However, in early September 2008, Mr. Erickson relapsed and used marijuana with some friends. He initially denied use, but then admitted to his officer that he had used and was scared because he did not want to go to jail. A no action request was forwarded to the Court. In the meantime, Mr. Erickson was referred to MRT (Moral Reconation Therapy) and began attending in mid-November 2008. Although Mr. Erickson's initial participation was minimal, he has started to see the benefit of the program, and is participating with a better attitude.

In late January 2009, Mr. Erickson relapsed and used marijuana again, however, this time he immediately admitted his use. He was instructed by this officer to seek a drug assessment and treatment, if recommended. This officer was going to refer him to one of the probation office's contract services, but subsequently learned that he was eligible for services through the U-District Youth Center. Mr. Erickson met with the drug/alcohol counselor in early March, and is scheduled for an assessment on March 30, 2009. Mr. Erickson submitted another specimen on March 13, 2009, which was confirmed positive for THC.

During this same time frame, this officer learned that Mr. Erickson was having problems at the YMCA and was in danger of losing his housing. Mr. Erickson was urged by this officer to meet with YMCA staff to try and get this problem resolved so he would not lose his housing. Unfortunately, when the YMCA staff met with Mr. Erickson, he continued to minimize and make excuses for his actions. They felt his lack of respect towards staff could not be tolerated any longer and they all believed it would be in everyone's best interest for him to move out. They therefore made the decision to terminate him from the housing program and gave him until the end of March to move out.

The Honorable Robert S. Lasnik  Page 3
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

RE: Matthew Alex Erickson

third positive UA, he agreed to this modification. He has also moved back with his grandparents in Burien temporarily until he can secure his own residence. He will satisfy the recommended home confinement term at their residence.

Mr. Erickson has signed the waiver of hearing, agreeing to the modification that he be on home confinement with electronic monitoring for a period of 90 days. Given his limited income, it is recommended he be required to pay for 50% of the costs of the program. We would, therefore, recommend that the Court modify Mr. Erickson's conditions to include this additional special condition.

Defense counsel has been notified and has no objection to this modification.

Respectfully submitted,

Jennifer J. Tien
Senior U.S. Probation Officer

APPROVED:
William S. Corn
Chief U.S. Probation Officer

BY: *(signature)*
Christopher S. Luscher
Supervising U.S. Probation Officer

JJT
04/01/09

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☒ Other    Modification of the Conditions of Supervision set forth herein.

Robt S Lasnik
Signature of Judicial Officer

April 6, 2009
Date

PROB 49
(5/97)

# United States District Court

### WESTERN District of Washington
### Docket Number: CR05-00260L

### Waiver of Hearing to Modify Conditions of Supervised Release

I, MATTHEW ALEX ERICKSON, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the home confinement program with electronic monitoring ~~and sobrietor,~~ which may include global positioning system (GPS), as directed by the probation officer for a period of 90 days. The defendant shall pay 50% of the cost of the program.

Witness: _____   Signed: _____
U.S. Probation Officer                          Supervised Releasee

_____3/19/09_____
Date