# United States District Court
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR05-260RSL |
| MATTHEW ALEX ERICKSON | |

RECEIVED
UNITED STATES
2010 FEB -2  P 4: 01
WESTERN DISTRICT
OF WASHINGTON (86)
SEATTLE, WASHINGTON

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **MATTHEW ALEX ERICKSON**

and bring him or her forthwith to the nearest magistrate to answer a(n)

\_\_\_ Indictment   \_\_\_ Information   ✔ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

in violation of Title \_\_\_ United States Code, Section(s) _____

R. Stiles                                                Deputy Clerk
Name of Issuing Officer                                  Title of Issuing Officer

*[signature]*
                                                         February 2, 2010 at Seattle, WA
Signature of Issuing Officer                             Date and Location

Bail fixed at _____   by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

KING COUNTY JAIL

| DATE RECEIVED 02/02/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/29/10 | M. LEITH, DUSM | *[signature]* |



05-CR-00260-DISCL

\_\_\_ FILED       \_\_\_ ENTERED
\_\_\_ LODGED      \_\_\_ RECEIVED

MAR 3 1 2010   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                               DEPUTY