# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-260-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MATTHEW ALEX ERICKSON, | |
| Defendant. | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 2, 2010.  The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Kenneth Kanev.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A) and 846.  On or about June 19, 2006, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of thirty months in custody, to be followed by five years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, RRC for 90 days; and home confinement with electronic monitoring for 90 days.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated February 1, 2010, U.S. Probation Officer Joe G. Mendez asserted the following violation by defendant of the conditions of his supervised release:

1) Failing to submit required written reports for the months of September, October, November, and December, 2009, in violation of standard condition #2.

2) Possessing and distributing a controlled substance, Marijuana, in violation of standard condition #7.

3) Failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer, in violation of standard condition #11.

On March 29, 2010, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On April 2, 2010, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to alleged violations 1 and 3. Defendant further admitted to violation 2 as amended:

(2) Committing the crime of criminal solicitation to commit a drug crime.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on April 14, 2010 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of April, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1

2   cc:   District Judge:         Honorable Robert S. Lasnik
3         AUSA:                   Todd Greenberg
          Defendant's attorney:   Kenneth Kanev
4         Probation officer:      Joe G. Mendez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3