The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-260RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | DISPOSITION MEMORANDUM |
| ) | |
| MATTHEW ALEX ERICKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney, hereby submits this Disposition Memorandum.

As documented by the Probation Office's recommendation report, Mr. Erickson has gotten off to a bad start with respect to his conduct while on supervised release. Most seriously, he has repeatedly been using marijuana, and he recently was convicted of a marijuana trafficking misdemeanor crime. The advisory sentencing range for the violations at issue calls for a term of imprisonment of between five and eleven months. The Probation Office recommends a custodial sentence of eight months.

Because this is the defendant's first violation, the government recommends a term of imprisonment of four months. We concur with the remainder of the recommendations of the Probation Office, including that the conditions of release require that Mr. Erickson reside in the residential reentry center (RRC) for a period of up to 90 days, to assist with

DISPOSITION MEMORANDUM - 1
Matthew Erickson (CR05-0260RSL)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  his assimilation back into the community.  In the event of a future violation along these
2  same lines, the government will most certainly recommend a much more substantial term
3  of incarceration for Mr. Erickson.
4      DATED this 12th day of April, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

  /s Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov

DISPOSITION MEMORANDUM - 2
Matthew Erickson (CR05-0260RSL)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on April 12, 2010 I electronically filed the foregoing with the |

Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/Jacqueline Masonic
JACQUELINE MASONIC
Supervisory Legal Admin Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4644
Fax:   (206) 553-0755
E-mail: Jackie.Masonic@usdoj.gov

DISPOSITION MEMORANDUM - 3
Matthew Erickson (CR05-0260RSL)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970