

**SNOHOMISH COUNTY**

**PUBLIC DEFENDER ASSOCIATION**

1721 HEWITT AVENUE, SUITE 200
EVERETT, WASHINGTON 98201

PHONE (425) 339-6300 · FAX (425) 339-6363

September 6, 2012

The Honorable Robert S. Lasnik
U.S. District Court Judge for the Western District of Washington
U.S. Courthouse
700 Stewart Street, Suite 15128
Seattle, WA  98101-9906

Your Honor,

I am writing on behalf of Matthew Erickson. I am writing to convey my impressions of his character and my support for him.

I know Matthew informally through our mutual work with the free speech activist community in Seattle. I met him in October 2010 and last saw him two weeks ago at a local fundraiser. Over that time, I have have talked and worked with him one-on-one, and observed him interacting with others individually and in groups.

I know Matt to be a welcoming, sincere, hardworking, and honest person. What I respect most about Matt is his willingness to stand up for people that need help. He has indicated to me that he has made great strides in improving his life. I am very impressed with Matt and I value his contribution to our community and city.

I trust the Court's decision will be just, and I do hope you give Matt's excellent character due consideration.

Best regards,

Braden Pence
WSBA# 43495
Admitted to practice before the Western District of Washington