AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.
Matthew Alex Erickson

Defendant

Case No. CR05-260RSL

*FILED LODGED ENTERED RECEIVED*
*SEP 24 2012*
*BY CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE DEPUTY*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Matthew Alex Erickson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☒ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

05-CR-00260-IFP

Date:     09/19/2012

City and state:     Seattle, WA

*Issuing officer's signature*

Rhonda Stiles, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/12 , and the person was arrested on *(date)* 9/21/12
at *(city and state)* TUKWILA, WA .

Date: 9/21/12

*Arresting officer's signature*

Tom Decker, DUSM
*Printed name and title*