AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| United States of America<br>v.<br>Matthew Alex Erickson<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. CR05-260RSL |

_____ FILED _____ ENTE____
_____ LODGED _____ RECE____

SEP 28 2012    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Alex Erickson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

05-CR-00260-CMP

Date: 09/19/2012

*Issuing officer's signature*

City and state: Seattle, WA

Rhonda Stiles, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/12, and the person was arrested on *(date)* 9/21/12
at *(city and state)* TUKWILA, WA

Date: 9/21/12

*Arresting officer's signature*

Tom Decker, DUSM
*Printed name and title*