**JUDGE LASNIK**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW ERICKSON<br><br>  Defendant. | CASE NO.  CR 05--260 L<br><br>PRAECIPE |

The clerk is requested to issue two subpoenas in blank for appearance at the supervised release hearing set for 10/10/12 at 10:00 AM on behalf of defendant.

Please fax/e-mail same to undersigned defense, sending original via mail to counsel at the address below stated.

DATED:  October 4, 2012.

/s/  *Kenneth E. Kanev*
_____
KENNETH E. KANEV

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4ᵀᴴ AVENUE, # 3200
SEATTLE, WASHINGTON
98154-1109
206-223-1355(V) 206-583-2278(F)
kanevlaw@gmail.com