UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                      Plaintiff(s),

       vs.

MATTHEW ERICKSON,

                   Defendant(s).

No. CR05-260RSL

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      The final hearing regarding revocation of supervised release for the above named defendant has been rescheduled from Wednesday, October 10, 2012 at 10:00 a.m., to **Wednesday, October 10, 2012 at 9:30 a.m.** before the Honorable Robert S. Lasnik, United States District Court Judge.

      DATED this 9th day of October, 2012.

                                  /s/Kerry Simonds
                                  by Kerry Simonds, Deputy Clerk
                                  To Robert S.  Lasnik, Judge
                                  206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER